IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 01-10442
Summary Calendar

———————————

JANICE W. STEVENSON,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA;
PAUL BROWN, U.S. District Judge,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CV-301-X
--------------------
December 4, 2001
Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Janice W. Stevenson appeals the dismissal of her suit in the U.S. District Court for the Northern District of Texas for lack of proper venue. Review of the record reveals that the Northern District is not an appropriate venue for an FTCA claim because Stevenson is a resident of and the complained of act or omission are in the Eastern District. See 28 U.S.C. § 1402(b). Nor is the

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Northern District an appropriate venue for Stevenson's other claims.  See 28 U.S.C. § 1391(e).

Although the district court could have transferred this case to the Eastern District, it cannot be said that the district court abused its discretion in not doing so.  See Lowery v. Estelle, 533 F.2d 265, 267 (5th Cir. 1976).  The decision of the district court is AFFIRMED.  Stevenson's motion to consolidate is DISMISSED as moot.